**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| LAUREL BREUNER, | : No. 64 WAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| STEVEN BREUNER, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.